**HILL WALLACK LLP**
202 Carnegie Center
Princeton, New Jersey 08543-5226
(609) 924-0808
TH-0599
Attorneys for Investors Savings Bank., successor by merger
to American Bank of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**VICINAGE OF TRENTON**

| | |
|---|---|
| In Re: | Chapter 11 |
| Keyport Hand Car Wash, LLC | Case No.: 09-35185(RTL) |
| Debtor. | **NOTICE OF APPEARANCE** |

Hill Wallack LLP, attorneys for Investors Savings Bank, successor by merger to American Bank of New Jersey ("Investors Bank"), hereby enters its appearance on behalf of Investors Bank and requests that any and all correspondence, pleadings, and other documents filed in the bankruptcy be served upon it and that Hill Wallack LLP be added to the service list. All notices and correspondence should be directed to Thomas W. Halm, Jr. Esquire, Hill Wallack LLP, 202 Carnegie Center, Princeton, New Jersey, 08543-5226.

                                          HILL WALLACK LLP
                                          Attorneys for Investors Savings., successor
                                          by merger to American Bank of New Jersey

                                          By: */s/ Thomas W. Halm, Jr.*
                                              Thomas W. Halm, Jr.

Dated: September 30, 2009